822

No. 615. FIFE *v.* ILLINOIS. May 5, 1947. Petition for writ of certiorari to the Supreme Court of Illinois denied. Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 966. BENNETT *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1034. THOMAS *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Roger Ratcliff* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1079. HIGGINS *v.* UNITED STATES. May 5, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *James J. Laughlin* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1183. MUNKS *v.* NEW YORK. Petition for writ of certiorari to the County Court of Kings County, New York; and